# **EXHIBIT A**




