Civil Action No. **1:25-cv-10672**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Shirley Lydia San**
was recieved by me on **9/08/2025:**

- [X] I personally served the summons on the individual at **20 W 15th St, UNIT C, Chicago, IL 60605** on **09/09/2025 at 10:08 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 09/09/2025

*Server's signature*

**Adewale Bello**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; CIVIL COVER SHEET; COMPLAINT, to Shirley Lydia San with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**




Tracking #: **0185559767**