-MBG:MDS:dm                                                                                          Attorney No. 6312919

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MUHAMMAD MUSTAFA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:25-cv-10672 |
| SHIRLEY LYDIA SAN, | ) |
| Defendant. | ) |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

NOW COMES the defendant, Shirley Lydia San, by and through her attorneys, Amundsen Davis, LLC, and for her Motion for Extension to File Responsive Pleading, hereby states as follows:

1. On September 5, 2025, Plaintiff filed his Verified Complaint. *See Complaint*, attached as Exhibit A.

2. Defendant's responsive pleadings are due on September 30, 2025.

3. Defendant is researching the various alleged computer crimes in order to accurately prepare responsive pleadings to Plaintiff's complaint.

4. Defense counsel and Plaintiff's counsel have come to this agreement on the extension of time to file responsive pleadings.

5. Defendant's request for an extension to file a responsive pleading will not prejudice the Plaintiff or cause undue delay in the case.

WHEREFORE, Defendant Shirley Lydia San seeks an extension to file her Responsive Pleading on or before October 21, 2025.

/s/*Max B. Goodman*
Max B. Goodman
Attorney for Defendant

Max B. Goodman Esq., ARDC # 6312919
AMUNDSEN DAVIS, LLC
150 North Michigan Avenue,
Suite 3300
Chicago, Illinois 60601
(312) 894-3282 DIRECT
mgoodman@amundsendavislaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 29, 2025, I electronically filed the Motion for Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                         */s/ Max B. Goodman*