UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| MUHAMMAD MUSTAFA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-10672 |
| | ) | |
| SHIRLEY LYDIA SAN, | ) | |
| | ) | Hon. Jeffrey I. Cummings |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIM TO FILE
INITIAL JOINT STATUS REPORT**

NOW COMES Plaintiff Muhammad Mustafa ("Plaintiff"), by and through his counsel, Mudd Law Offices, respectfully submits this Agreed Motion for Extension of Time to ("Agreed Motion"), and in support hereof states as follows:

1. On September 5, 2025, Plaintiff filed his Verified Complaint. See EFC No. 1.

2. On September 23, 2025, the court entered a docket entry that included: "On or before 11/18/25, the parties shall file a joint initial status report in accordance with the template available on the Court's website under the case management procedure titled "Initial Status Report for Newly Filed Cases." EFC No. 8.

3. On September 29, 2025, counsel for Defendant Shirley Lydia San ("Defendant") filed an appearance. EFC No. 9.

4. Since then, the parties have been in settlement discussions.

5. All counsel in this matter agree that we are close to a settlement agreement. To allow the parties time to complete that agreement, if possible, the parties request that the court permits them an extension until December 2, 2025, to file their initial joint status report.

WHEREFORE, the parties seek an extension to file their initial joint status report on or before December 2, 2025.

Dated: November 18, 2025

Respectfully submitted,

*/s/ Kyle Serilla*
Kyle Serilla
MUDD LAW OFFICES
411 S. Sangamon Street, Suite 1B
Chicago, Illinois 60607
Telephone: 312-964-5051
kyle@muddlaw.com

*Counsel for Plaintiff*

*/s/ Max B. Goodman* (by permission)
Max B. Goodman
AMUNDSEN DAVIS, LLC
150 North Michigan Avenue
Chicago, Illinois 60601
(312) 894-3282 DIRECT
mgoodman@amundsendavislaw.com

*Counsel for Defendant*