IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MUHAMMAD MUSTAFA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-10672 |
| | ) | |
| SHIRLEY LYDIA SAN, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

NOW COMES the defendant, Shirley Lydia San, by and through her attorneys, Amundsen Davis, LLC, and for her unopposed Motion for Extension to File Responsive Pleading, hereby states as follows:

1. On September 5, 2025, Plaintiff filed his Verified Complaint. *See Complaint*, attached as Exhibit A.

2. The Parties have a settlement in principle and have exchanged drafts of a proposed settlement agreement. The Parties request 14 days to finalize this agreement.

WHEREFORE, Defendant, Shirley Lydia San, seeks an extension to file her Responsive Pleading on or before December 5, 2025.

> */s/Max B. Goodman*
> Max B. Goodman
> Attorney for Defendant

Max B. Goodman Esq., ARDC # 6312919
AMUNDSEN DAVIS, LLC
150 North Michigan Avenue,
Suite 3300
Chicago, Illinois 60601
(312) 894-3282 DIRECT
mgoodman@amundsendavislaw.com