**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Muhammad Mustafa
                          Plaintiff,

v.                                                   Case No.: 1:25−cv−10672
                                                          Honorable Jeffrey I Cummings

Shirley Lydia San
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendant's unopposed motion for extension of time to answer or otherwise plead [17] is granted as the parties have reached a settlement in principle. If the parties have not filed a joint stipulation to dismiss by 12/22/25, they shall file a joint status report on that date setting forth their efforts to memorialize the settlement agreement. The 12/8/25 tracking status hearing is stricken and reset to 1/9/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.