**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| MUHAMMAD MUSTAFA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-10672 |
| | ) | |
| SHIRLEY LYDIA SAN, | ) | |
| | ) | Hon. Jeffrey I. Cummings. |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Muhammad Mustafa ("Plaintiff"), by and through his attorneys, Mudd Law Offices, and hereby gives notice of his voluntary dismissal of all claims asserted by him, with prejudice, in the above-entitled matter.

Specifically, Fed. R. Civ. P. 41(a)(1)(i) instructs that a plaintiff may voluntarily dismiss his claims "without a Court Order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i). As of this filing, Defendant Shirley Lydia San has not served either an answer or a motion for summary judgment.

Thus, Plaintiff's voluntary dismissal with prejudice by notice is appropriate under Fed. R. Civ. P. 41(a)(1)(i),

Dated: Chicago, Illinois
      December 10, 2025

PLAINTIFF,
MUHAMMAD MUSTAFA

*/s/ Kyle Serilla*
Kyle Serilla

By:    One of His Attorneys

Kyle Serilla
Mudd Law Offices
411 S. Sangamon St.
Suite 1B
Chicago, Illinois 60607
312.964.5051 Phone
312.803.1667 Facsimile
kyle@muddlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2025, I electronically filed PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Kyle Serilla*
Kyle Serilla

2